No. 5797. GRISHAM v. UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 178. DEVERS v. DISTRICT OF COLUMBIA NATIONAL BANK, *ante,* p. 820;

No. 385. PUERTO RICO TELEPHONE CO. v. FIGUEROA DE ARROYO ET AL., *ante,* p. 877;

No. 386. UNITED STATES ET AL. v. CITY OF CHICAGO ET AL., *ante,* p. 8;

No. 387. UNITED STATES ET AL. v. TENNESSEE PUBLIC SERVICE COMMISSION ET AL., *ante,* p. 8;

No. 396. LOUISVILLE & NASHVILLE RAILROAD CO. v. TENNESSEE PUBLIC SERVICE COMMISSION ET AL., *ante,* p. 8;

No. 410. CHICAGO & EASTERN ILLINOIS RAILROAD ET AL. v. CITY OF CHICAGO ET AL., *ante,* p. 8;

No. 427. DAWSON v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, *ante,* p. 830;

No. 449. TAGLIA v. LAIRD, SECRETARY OF DEFENSE, *ante,* p. 831;

No. 451. JOHNSON v. STATE BAR OF CALIFORNIA ET AL., *ante,* p. 859;

No. 5466. STURM v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, *ante,* p. 863;

No. 5475. GAY v. UNITED STATES, *ante,* p. 867; and

No. 5517. ORME v. FIELD, MEN'S COLONY SUPERINTENDENT, ET AL., *ante,* p. 879. Petitions for rehearing denied.

No. 450. SMITH v. TENNESSEE, *ante,* p. 831. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.